THE LAMSON COMPANY, Respondent, v. BUTLER & MACLAREN, INC., and Others, Appellants.

Appeal from an order of the Supreme Court, entered in the New York county clerk's office on the 8th day of October, 1914, denying the defendants' motion to vacate an order for the examination of the defendants before trial and directing the production of books and papers.

PER CURIAM: The provision requiring the production of the books and papers seems to be unnecessary and would entail a great hardship upon the corporation. The order for the examination of the defendants should, therefore, be modified by striking out the provision for the production of books and papers, leaving the plaintiff to obtain such books and papers as may be necessary for the examination by *subpœna duces tecum* at the time of the examination. The order should, therefore, be modified as above indicated and as modified affirmed, without costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ. Order modified as stated in opinion, and as modified affirmed, without costs. Order to be settled on notice.

CHARLES KAYE, Respondent, v. EMIL STERN, Appellant.

Appeal from an order and determination of the Appellate Term, entered in the New York county clerk's office on the 14th day of April, 1914.

PER CURIAM: There was evidence which justified the jury in finding that the defendant made a personal promise to the plaintiff to pay the rent of the premises while he was in possession. The question as to whether or not such a promise was made was submitted to the jury, and their verdict in favor of the plaintiff was justified by the evidence. The determination of the Appellate Term must be affirmed, with costs. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ. Determination affirmed, with costs.